UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20060-TP MOORE

UNITED STATES OF AMERICA,

vs.

WILLIAM WRIGHT, JR.,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

    This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant William Wright, Jr. (ECF No. 35).

    Upon referral from Chief District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 40). Neither party was then prepared to set the hearing as laboratory reports evidencing the violations were still pending. A subsequent hearing was set, and later, an initial appearance on a superseding petition filed by the Probation Officer. A hearing is set on the matter for tomorrow, March 9, 2021 (ECF No. 42).

    Following entry of the Order setting the hearing, Defendant, by and through appointed counsel, has filed his Notice of Intent to Admit Supervised Release Violation (ECF No. 44). Defendant states his intention to admit the violation charged at the final hearing before Chief Judge Moore, and requests cancellation of the hearing before the undersigned.

    According, and upon Defendant's Notice of Intent to Admit, it is the recommendation of

the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the Supervised Release Violations as charged.

The parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 8th day of March, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record

---

[1] The period to object herein is shortened, as Defendant has expressed his desire to appear before Chief Judge Moore for his final revocation hearing.